UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALAA MOHAMED,<br>Petitioner,<br>v.<br>KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*,<br>Respondents. | Case No.: 25-cv-2944-AJB-DEB<br>**ORDER DISMISSING CASE** |

On June 24, 2026, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 10.) Accordingly, this action is dismissed in its entirety without prejudice. (*See id.*) The Clerk of Court is directed to close this matter.

**IT IS SO ORDERED.**

Dated: June 25, 2026

Hon. Anthony J. Battaglia
United States District Judge